

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00698-CR

**IN RE** John Bernard **WILLIAMS**

Original Proceeding[1]

**ORDER**

Sitting:        Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

On October 21, 2022, relator filed a petition for writ of prohibition. Relator also filed a motion for stay of the underlying trial proceedings. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is **DENIED** as moot.[2]

It is so **ORDERED** on October 24, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR6240, styled *State of Texas vs. John B. Williams III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.
[2] Opinion to follow.